

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** SAFEWAY INC.
S/O: THE CORPORATION TRUST, INCORPORATED
2405 YORK ROAD, SUITE 201
LUTHERVILLE TIMONIUM, MD 21093-2264

Case Number: C-24-CV-24-002437
Other Reference Number(s):
Child Support Enforcement Number:

**HOPE HOPKINS VS. SAFEWAY INC.**

Issue Date: 10/1/2024

# WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

HOPE HOPKINS
5600 Magnolia Avenue
Apt 4
Baltimore, MD 21215

This summons is effective for service only if served within 60 days after the date it is issued.

*[signature]*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
  Personal attendance in court on the day named is NOT required.
  It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court for Baltimore City
Case Number: C-24-CV-24-002437

Hope Hopkins vs. Safeway Inc.

# SHERIFF'S RETURN
(please print)

To: SAFEWAY INC.

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                              Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                                        ☐ Counter-Complaint
☐ Complaint                                       ☐ Domestic Case Information Report
☐ Motions                                         ☐ Financial Statement
☐ Petition and Show Cause Order                   ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other
_____
Please specify

Sheriff fee: $ _____    ☐ waived by _____

_____   _____
Date                     Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

| | | |
|---|---|---|
| HOPKINS HOPE<br>5600 Magnolia Avenue, Apt. 4<br>Baltimore, MD 21215 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE CITY |
| SAFEWAY INC.<br>20427 N. 27th Avenue<br>Phoenix, AZ 85027<br><u>Serve On:</u>  The Corporation Trust, Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093-2264 | * | Case No. |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT AND ELECTION FOR JURY TRIAL

Hope Hopkins, Plaintiff, by her attorneys, Jeffrey T. Glassman and Saltzberg & Schloss, her attorneys, brings forth this Complaint to sue Safeway Inc. ("Safeway"), Defendant, and states as follows:

### Parties, Jurisdiction & Venue

1.  The Plaintiff is an adult resident of Baltimore City, Maryland.

2.  Defendant Safeway is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 20427 N. 27th Avenue, Phoenix, Arizona 85027.  The Defendant carries on a regular business in Baltimore City, Maryland.

### Factual Allegations

3.  On or about November 6, 2022, the Plaintiff was a customer and business invitee at the Safeway located at 2801 Smith Avenue, Baltimore, Maryland 21209, which was owned and managed by the Defendant.

4.  While the Plaintiff was in the produce section, suddenly and without warning, an agent, servant or employee of the Defendant placed a produce cart directly behind the Plaintiff.

1

5. The Plaintiff, unaware that the cart was behind her, moved away from the produce and tripped over the produce cart, causing the Plaintiff to fall to the ground with great force.

6. The Defendant was negligent in that it failed to maintain and keep in a safe condition the area where Plaintiff fell.

7. As a result of the negligence of the Defendant, the Plaintiff suffered serious, painful and possibly permanent injuries, required immediate and extended medical care, incurred substantial medical bills, both past, present and possibly future, loss of income and employment, and suffered other emotional and physical damages. The Plaintiff in no way contributed to this accident, which was caused entirely by the negligence of the Defendant.

WHEREFORE, the Plaintiff, Hope Hopkins, hereby demands judgment against the Defendant, Safeway Inc., in an amount that exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) plus interest and the cost of this action.

SALTZBERG & SCHLOSS, by:

*[signature]*

_____
Jeffrey T. Glassman, Esq. (AIS No. 1612130200)
Lee Saltzberg, Esq. (AIS No. 8312010401)
102 W. Joppa Road
Towson, MD 21204
Ph.: (410) 296-3767
Fx.: (410) 321-7996
eric@saltzberglaw.com
lee@saltzberglaw.com
*Counsel for Plaintiff*

## **ELECTION FOR JURY TRIAL**

The Plaintiffs elect to have the above-entitled matter tried before a jury.

_____
Jeffrey T. Glassman

IN THE CIRCUIT COURT FOR  Baltimore City
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
   *Defendant:* You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:**  ☒ PLAINTIFF  ☐ DEFENDANT          **CASE NUMBER** _____
                                                                        (Clerk to insert)
**CASE NAME:** Hope Hopkins _____  vs.  Safeway Inc. _____
              Plaintiff                                       Defendant
**PARTY'S NAME:** Hope Hopkins _____  **PHONE:** _____
**PARTY'S ADDRESS:** 5600 Magnolia Avenue, Apt. 4, Baltimore, MD 21215
**PARTY'S E-MAIL:** _____

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:**  Jeffrey T. Glassman          **PHONE:** (410) 296-3767
**PARTY'S ATTORNEY'S ADDRESS:** 102 W. Joppa Road, Towson, MD 21204
**PARTY'S ATTORNEY'S E-MAIL:** jeff@saltzberglaw.com
**JURY DEMAND?** ☒ Yes  ☐ No
**RELATED CASE PENDING?** ☐ Yes  ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours  3 days

### PLEADING TYPE

**New Case:**  ☒ Original     ☐ Administrative Appeal    ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☒ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
   ☐ Commercial
   ☐ Residential
   ☐ Currency or Vehicle
   ☐ Deed of Trust
   ☐ Land Installments
   ☐ Lien
   ☐ Mortgage
   ☐ Right of Redemption
   ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)                      Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated Liability above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000 |
| ☐ Medical Bills $ _____   ☐ Wage Loss $ _____   ☐ Property Damages $ _____ |

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation          ☐ Yes  ☒ No          C. Settlement Conference    ☒ Yes  ☐ No
B. Arbitration         ☐ Yes  ☒ No          D. Neutral Evaluation        ☐ Yes  ☒ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.**
*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☒ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) ||
|---|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* ||
| ☐ **Expedited** - Trial within 7 months of Defendant's response | ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☒ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

8/30/2024  
Date

102 W. Joppa Road  
Address

Towson        MD        21204  
City          State     Zip Code

_/s/ [signature]_        1612130200  
Signature of Attorney / Party    Attorney Number

Jeffrey T. Glassman, Esq.  
Printed Name

CC-DCM-002 (Rev. 12/2022)            Page 3 of 3

### IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| **HOPE HOPKINS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: C-24-CV-24-002437 |
| : | |
| **SAFEWAY, INC.,** : | |
| : | |
| **Defendant.** : | |

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT SAFEWAY, INC.

COMES NOW Defendant Safeway, Inc. (hereinafter "Defendant"), by and through its attorneys, Justin M. Cuniff, Carlos A. Uria, and Kiernan Trebach, LLP, and files its Answer and Affirmative Defenses (hereinafter "Answer") in response to Plaintiff Hope Hopkins's ("Plaintiff") Complaint as follows:

### GENERAL DENIAL OF LIABILITY

Pursuant to Maryland Rule 2-323(d), Defendant generally denies all liability.

### FIRST DEFENSE
### (Failure to State a Claim)

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE
### (Contributory Negligence)

If Plaintiff sustained any damages, such were caused or contributed to by the sole and/or contributory negligence of Plaintiff.

### THIRD DEFENSE
### (Assumption of the Risk)

If Plaintiff sustained any damages as alleged, such were caused or contributed to by the knowing assumption of the risk of Plaintiff.

## FOURTH DEFENSE
### (Intervening Causation)

Plaintiff's alleged damages were directly and proximately caused by Plaintiff's own acts and conduct that intervened between Defendant's acts and conduct and Plaintiff's alleged damages, thereby barring any recovery by Plaintiff.

## FIFTH DEFENSE
### (Intervening Act by Third Parties)

Plaintiff's alleged damages were directly and proximately caused by the acts of omission and/or commission on the part of third parties, which intervened between the acts and conduct of Defendant and Plaintiff's alleged damages, thereby barring any recovery by Plaintiff from Defendant.

## SIXTH DEFENSE
### (Causation)

Plaintiff's alleged damages are not causally related to the events alleged in the Complaint.

## SEVENTH DEFENSE
### (Failure to Mitigate Damages)

Plaintiff has failed to take due and appropriate care in the mitigation of her alleged damages and recovery therefore is barred in whole or in part.

## EIGHTH DEFENSE
### (Active Negligence v. Passive Negligence)

Even if Defendant is found negligent, which is expressly denied, such negligence was passive or secondary, and Defendant is not liable to Plaintiff for her alleged damages and injuries, if any, because of the active or primary negligence of third-parties over whom Defendant had no control, whose negligence was not reasonably foreseeable, and whose negligence was the direct and proximate cause of any of Plaintiff injuries or damages.

## NINETH DEFENSE
### (Failure to Join Necessary Party)

Plaintiff has failed to join all necessary parties.

## TENTH DEFENSE
### (Duty of Care)

Plaintiff's claim must fail, in whole or in part, because Defendant did not breach any duty of care owed to the Plaintiff.

## ELEVENTH DEFENSE
### (Notice)

Defendant did not have actual or constructive notice of any alleged hazard.

## TWELFTH DEFENSE
### (Open and Obvious Condition)

If Plaintiff sustained any damages as alleged, such were caused by an open and obvious condition known to Plaintiff.

## THIRTEENTH DEFENSE
### (Denial of Allegations)

Defendant denies the allegations set forth in the Complaint.

Defendant states that it intends to rely on other affirmative defenses that may become available or apparent during discovery, and hereby reserves the right to amend this Answer to assert such defenses.

WHEREFORE, Defendant, Safeway, Inc., respectfully requests that the Court dismiss with prejudice the Complaint and award it any further relief that the Court deems appropriate.

Date:  October 29, 2024                                       Respectfully submitted,

*/s/ Carlos A. Uria*
Justin M. Cuniff, Esq. (AIS#0512130183)
Carlos A. Uria, Esq. (AIS#1212130231)
Kiernan Trebach LLP
One Park Place, Suite 425

                                        Annapolis, MD 21401
                                        Telephone: (443) 263-2800
                                        Facsimile:  (443) 263-2935
                                        Email:  jcuniff@kiernantrebach.com
                                        Email: auria@kiernantrebach.com
                                        Email: bcannon@kiernantrebach.com
                                        *Counsel for Defendant Safeway, Inc.*

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 29th day of October, 2024, a copy of the foregoing *Defendant Safeway, Inc.'s Answer and Affirmative Defenses* was served via first class U.S. mail. Postage prepaid, upon:

    Jeffrey T. Glassman, Esq.
    Lee Saltzberg, Esq.
    Saltzberg & Schloss
    102 W. Joppa Road
    Towson, Maryland 21204
    *Counsel for Plaintiff*

                                        */s/ Carlos A. Uria*
                                        Justin M. Cuniff, Esq. (AIS#0512130183)
                                        Carlos A. Uria, Esq. (AIS#1212130231)
                                        Kiernan Trebach LLP
                                        One Park Place, Suite 425
                                        Annapolis, MD 21401
                                        Telephone: (443) 263-2800
                                        Facsimile:  (443) 263-2935
                                        Email:  jcuniff@kiernantrebach.com
                                        Email: auria@kiernantrebach.com
                                        Email: bcannon@kiernantrebach.com
                                        *Counsel for Defendant Safeway, Inc.*